**Sharlene Miller**

| | |
|---|---|
| From: | USBankruptcyCourts@noticingcenter.com |
| Sent: | Thursday, August 18, 2016 1:29 PM |
| To: | Gary Imblum |
| Subject: | U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Paul E. Everetts, Case Number: 13-02453, MDF, Ref: [p-98528780] |
| Attachments: | B_P113024533180W0358.PDF |

<u>Notice of Undeliverable Mail to Debtor/Debtor's Attorney</u>

August 19, 2016

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Paul E. Everetts, Case Number 13-02453, MDF

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.**

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA 17108**

Undeliverable Address:
BMO Group Retirement Services

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:
_can't find address_

8/19/2016

_____         _____
Signature of Debtor or Debtor's Attorney                    8-19-16
                                                            Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

Total Control Panel                                                                 Login

To: gary.imblum@imblumlaw.com          Message Score: 1              High (60): Pass
From: usbankruptcycourts@noticingcenter.com   My Spam Blocking Level: Low   Medium (75): Pass
                                                                     Low (90): Pass
                                       Block this sender
                                       Block noticingcenter.com

*This message was delivered because the content filter score did not exceed your filter level.*